IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JARROD LOGAN DANIELS					PLAINTIFF

v.					Case No. 1:15-cv-01038

DAVID NORWOOD; NATHAN GREELEY;
and JAILER JUSTIN CREECH					DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 27, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to prosecute and failure to obey the Orders of the Court.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of September, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge